UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH KELLY MURRAY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.  2:09-cv-00975-KOB-HGD |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) |
| | ) |
| Defendants | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 2, 2010, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action

is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered to this effect.

    DONE this 31st day of January 2011.

                                            KARON OWEN BOWDRE
                                            UNITED STATES DISTRICT JUDGE